[Civil No. 909.]

JOHN WIX THOMAS, Appellant, v. MARY J. HICKEY et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Edward Kent, Judge.

C. F. Ainsworth, for Appellant.

E. W. Lewis, for Appellees.

May 26, 1905. Dismissed.

---

[Civil No. 925.]

THE TERRITORY OF ARIZONA, Plaintiff, v. E. L. VAIL et al., as Supervisors of Pima County, Arizona, and JOHN METZ, as Clerk of the Board of Supervisors of Pima County, Defendants.

PETITION for Writ of Mandamus.

E. S. Clark, Attorney-General, for Plaintiff.

No appearance for Defendants.

September 27, 1905. Dismissed.

---

[Civil No. 923.]

THE TERRITORY OF ARIZONA, Plaintiff, v. D. G. SIN-CLAIR et al., as Supervisors of Yavapai County, Arizona, and JOHN H. ROBINSON, as Clerk of the Board of Supervisors of Yavapai County, Defendants.

PETITION for Writ of Mandaus.

E. S. Clark, Attorney-General, for Plaintiff.

E. E. Ellinwood, for Defendants.

November 17, 1905. Dismissed.